# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**THOMAS S. LARSON**
SUPERVISING PROBATION OFFICER

December 12, 2006

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-2097
(973) 357-4080
FAX: (973) 357-4092

The Honorable Dickinson R. Debevoise
Senior U.S. District Court Judge
MLK Jr. Federal Building and Courthouse
50 Walnut Street, P.O. Box 999
Newark, NJ 07101-0999

          RE:    VISHIA, Stephen J.
                  DOCKET NO: 03-CR00104-001
                  **Request for Hearing to Modify**
                  **Conditions of Supervision**

Dear Judge Debevoise:

On October 13, 2004, The Honorable John W. Bissell sentenced Stephen J. Vishia to a term of 29 months custody with a three-year term of supervised release to follow for the offense of Possession Child Pornography in violation of Title 18 U.S.C. § 2252A(a)(5)(B). He was released from imprisonment on August 25, 2005, to the District of New Jersey. Pursuant to New Jersey's "Megan's Law" (N.J.S.A 2C:7-2) Vishia is required to register as a sex offender until advised otherwise by the Hudson County Prosecutor's Office (HCPO), Megan's Law Unit. The Prosecutor's Office has determined the offender is a Megan's Law registrant and assessed him to be a Tier 2. The offender is appealing the Tier level. The HCPO has requested information regarding Vishia's sex offender treatment, including evaluation and treatment reports. We are requesting Your Honor's permission to release this information.

Permission to release sex offender treatment information is granted    X

Permission to release sex offender treatment information is denied   _____

Other _____

_[signature]_                          Dec. 13, 2006
Honorable Dickinson R. Debevoise      Date
Senior U.S. District Court Judge

We are available to discuss this matter at Your Honor's convenience.

                    Respectfully submitted,

                    CHRISTOPHER MALONEY, Chief
                    U.S. Probation Officer

                    By: Thomas S. Larson
                       Supervising U.S. Probation Officer

TSL/jlf