PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Summons for Offender Under Supervision

Name of Offender: Stephen J. Vishia                                           Cr.: 03-00104-001

Name of Sentencing Judicial Officer: John W. Bissell, Chief U.S. District Court Judge

Reassigned to Judicial Officer: Dickinson R. Debevoise, Senior U.S. District Court Judge

Date of Original Sentence: 10/13/04

Original Offense: Possession of Child Pornography, Title 18 U.S.C. § 2252A(a)(5)(B), a Class D felony

Original Sentence: 29 months imprisonment with 3 years supervised release to follow. Special conditions: no contact with children under the age of 18, no possession of any form of child pornography, search and seizure, no possession or access to any form of computer internet access or network, mental health treatment, state sex offender registration.

Type of Supervision: Supervised release                    Date Supervision Commenced: 08/25/05

Assistant U.S. Attorney: Deborah Goldklang                 Defense Attorney: John Yauch, AFPD

## PETITIONING THE COURT

[ ]  To issue a warrant
[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the supervision condition which states '**The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.**'

                    Subject failed to attend sex offender treatment as directed. From January 2006 through April 2007, the offender missed 16 out of 66 group sex offender therapy sessions.

2                   The offender has violated the supervision condition which states '**The defendant shall report to the probation officer as directed by the court or the probation officer.**'

                    Subject failed to report to the probation office as directed on April 26, 2007.

I declare under penalty of perjury that the foregoing is true and correct.

*Janice Fink*

By: Janice L. Fink
Senior U.S. Probation Officer
Date: 05/01/06

---

THE COURT ORDERS:

[X] The Issuance of a Summons.  Date of Hearing: June 11, 2007  2:00 P.M.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

May 11, 2007
Date